**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JOHN C. JOHNSTON                              Case Number: 07-72511
4285 ROSEWOOD COURT            SSN-xxx-xx-1659
LAKE IN THE HILLS, IL  60156

Case filed on: 10/17/2007
Plan Confirmed on: 1/28/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,425.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 3,774.00 | 3,774.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 2,500.00 | 0.00 |
| 004 | UNIQUE NATIONAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MCMAHAN & SIGUNICK, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CALVARY PORTFOLIO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MEDICAL RECOVERY SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | OSI COLLECTION SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CALVARY PORTFOLIO | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | KCA FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | DEPENDON COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | SHERMAN ACQUISITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | FBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | NCO FINANCIAL SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | KANSAS COUNSELORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 084 | FIRST REVENUE ASSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | SUPERIOR ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN C. JOHNSTON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 49,979.78 | 49,979.78 | 2,513.71 | 0.00 |
| 002 | LITTON LOAN SERVICING LP | 201,542.88 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 251,522.66 | 49,979.78 | 2,513.71 | 0.00 |
| 003 | ALGONQUIN AREA LIBRARY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICA ON LINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ANNA R. FLYNN, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASSOCIATED COLLECTORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAVALRY PORTFOLIO SERVICES LLC | 792.36 | 792.36 | 0.00 | 0.00 |
| 015 | CARD SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CENTEGRA MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CENTRAL DUPAGE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CITY OF GENEVA | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CREDITORS COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | DELNOR COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | DENTAL CARE OF ALGONQUIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | DEPT OF FINANCIAL & PROFESSIONAL REG. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | EMERGENCY CARE GROUP OF IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ENTERPRISE RENT A CAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | GENEVA FAMILY PRACTICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | GMAC | 8,284.28 | 8,284.28 | 0.00 | 0.00 |
| 038 | GREATER ELGIN EMERGENCY SPEC. | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 039 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ILLINOIS BONE & JOINT INSTITUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | JC CHRISTENSEN & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | JEANA ALTMAN, MC | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | KELLY A. JOHNSTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | KEY BANK NA | 12,233.05 | 12,233.05 | 0.00 | 0.00 |
| 047 | LANGEFELD, CZAPLA & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | LIFE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | LOCAL 71 IBEW CU | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | MCHENRY CO. ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | MCHENRY CO. STATES ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | MEDICAL ACCOUNTING SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | MEDICAL RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | MERCY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | MHS PHYSICIANS SERVICES | 1,075.60 | 1,075.60 | 0.00 | 0.00 |
| 065 | MHS PHYSICIANS | 205.20 | 205.20 | 0.00 | 0.00 |
| 068 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | NORTHWEST EYE PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | PELLETTIERI & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | PFG OF MINNESOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | PRA BEHAVORIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | PREMIER OPEN MRI MCHENRY CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | PRESIDO / CM | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | SHERMAN ACQUISITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | ST. JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | T-MOBILE | 154.07 | 154.07 | 0.00 | 0.00 |
| 087 | TCF CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 088 | US DEPT. OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 089 | RMI/MCSI | 250.00 | 250.00 | 0.00 | 0.00 |
| 090 | WRIGHT INTERNATIONAL STUDENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 091 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 092 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 093 | MHS PHYSICIANS | 1,679.59 | 1,679.59 | 0.00 | 0.00 |
| | Total Unsecured | 24,674.15 | 24,674.15 | 0.00 | 0.00 |
| | Grand Total: | 279,970.81 | 78,427.93 | 5,013.71 | 0.00 |

Total Paid Claimant:   $5,013.71
Trustee Allowance:    $411.29
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/30/2008          By  /s/Heather M. Fagan